1444

## RECONSIDERATION OF PRIOR DECISIONS

**2009–0739.   State v. Wesson.**
Summit App. No. CR2008030710. ▮▮▮▮▮ motion for reconsideration and to stay the mandate. Motion denied.
JOSEPH J. Vukovich, J., of the Seventh Appellate District, sitting for O'CONNOR, C.J.

**2012–0215.   State v. Clark.**
Cuyahoga App. No. 96207, 2011-Ohio-6623. ▮▮▮▮▮ motion for reconsideration. Motion denied.
O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent.

**2012–0535.   Cullen v. State Farm Mut. Auto. Ins. Co.**
Cuyahoga App. No. 95925, 2011-Ohio-6621. ▮▮▮▮▮ motion for reconsideration. Motion denied.
PFEIFER, J., dissents.
MATTHEW W. McFARLAND, J., of the Fourth Appellate District, sitting for FRENCH, J.

**2012–1150.   Pauley v. Circleville.**
Pickaway App. No. 10CA31, 2010-Ohio-2309. ▮▮▮▮▮ On motion for reconsideration. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2013–0341.   Pruitt v. Cook.**
In Habeas Corpus. ▮▮▮▮▮ On motion for reconsideration. Motion denied.

**2013–0690.   State v. Jones.**
Butler App. No. CA2012–04–077, 2013-Ohio-654. ▮▮▮▮▮ On amended motion for reconsideration. Motion denied.

**2013–0779.   In re Guardianship of Lewis.**
Hamilton App. No. C–120837. ▮▮▮▮▮ On motion for reconsideration. Motion denied.

**2013–0863.   Brown Cty. Bd. of Health v. Raichyk.**
Brown App. No. CA2012–06–011, 2013-Ohio-1727. ▮▮▮▮▮ On motion for reconsideration and clarification. Motion denied.